UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DORAN SANCHEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>DEB HAALAND, in her official capacity as United States Secretary of the Interior,<br><br>        Defendant. | Case No.: EDCV 19-01633-CJC(KKx)<br><br>JUDGMENT |

//
//
//
//

This matter came before the Court on Defendant's motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant.

DATED: June 15, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE